UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARCY SMITH, PH.D., | |
| Plaintiff, | Civil Action No. 10-3319 (FSH) |
| v. | |
| CYNTHIA BORSELLA LINDEMANN, ESQ., ET AL., | ORDER |
| Defendants. | |

This matter having come before the Court by way of motion for an order permitting substitute service upon Defendant Marc A. Calello, Esq.;

and the Court having considered the submission, record of proceedings, and governing law;

and for the reasons set forth in the Opinion delivered on the record on November 15, 2010;[1]

and for good cause shown,

IT IS ON THIS 15th day of November, 2010

ORDERED that the motion for an order to permit substitute service [Docket Nos. 9 and 14] is denied without prejudice.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**

---

[1] A transcript of the Opinion may be obtained by contacting King Transcription Services at (973) 237-6080.

-1-