DIANE MARIE ACCIAVATTI, LLC
401 HAMBURG TURNPIKE
SUITE 302
WAYNE, NEW JERSEY 07470
(973) 790-5008
ATTORNEY FOR PLAINTIFF DARCY SMITH, Ph.D.

| | |
|---|---|
| DARCY SMITH, Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> CYNTHIA BORSELLA LINDEMANN, ESQ,, an attorney at law of the State of New Jersey; WEINSTEIN SNYDER, LINDEMANN & SARNO; STEVEN URBINATO, ESQ., an attorney at law of the State of New Jersey; STARR, GERN, DAVISON & RUBIN, P.C. MARC A. CALLELLO, ESQ, an attorney at law of the State of New Jersey; <br><br> Defendants | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> Civil Action No. 03319-10 <br> (FSH-PS) <br><br><br> **ORDER GRANTING LEAVE TO FILE A FIRST AMENDED COMPLAINT** <br><br><br> (Electronically Filed) |

THIS MATTER having been opened to the Court by Diane Marie Acciavatti, Esq., attorney for Plaintiff Darcy Smith, Ph.D, on a Motion for Leave to file a First Amended Complaint; and the Court having considered all pleadings filed in support of and the Court being advised telephonically that no party opposes the ~~opposition to the relief~~ (on July 20, 2011) requested; and for good cause shown; and the Court having considered Fed R Civ P 15 and the governing law;

IT IS HEREBY ORDERED on this 22nd day of July, 2011

1. The Motion for leave to file a First Amended Complaint, in the form attached to the Certification of Counsel as Exhibit A [Docket No. 79], be and hereby is granted, and the First Amended Complaint

shall be filed within 5 days of the date of this Order.

All other deadlines remain in full force and effect even while service is being effectuated

_____
Honorable Patty Shwartz, U.S.M.J.