# DIANE MARIE ACCIAVATTI, LLC

Attorney at Law
401 Hamburg Turnpike
Suite 302
Wayne, New Jersey 07470-2139
Phone: (973) 790-5008
Fax: (973) 790-0024
E Mail: Dmacciavatti@aol.com

March 26, 2012

Honorable Faith S. Hochberg, U.S.D.J.
United States District Court
District of New Jersey
Frank R. Lautenberg United States Post Office & Courthouse
Room 369
Newark, New Jersey 07101

VIA ELECTRONIC FILING

        Re: Smith v. Lindemann et. al.
         Civil Action No. 03319-10 (FSH\PS)

Dear Judge Hochberg:

 I am writing with respect to Document Number 130 on the Docket Report for the above matter, which is an Order Dismissing the Case as settled.

 The Plaintiff has settled her claims against defendants Lindemann, the Weinstein Snyder law firm, defendant Urbinato, the Starr Gern law firm, and defendant DeMeo. The settling defendants are also dismissing their third party claims against Lawrence Smith, Esq.

 The Plaintiff has not settled the claims against defendants Marc A. Calello, Esq. and Marc A. Calello, P.C. To my knowledge, defendant Calello's third party claims against Lawrence smith, Esq. remain pending.

 I therefore respectfully request that the docket be corrected to indicate that all of the defendants except Calello have settled and that Stipulations of Dismissal will be filed with respect to the settling defendants.

 Thank you for your consideration of this matter.

          Respectfully submitted,

          /s Diane Marie Acciavatti
          Diane Marie Acciavatti

CC: All Counsel
By Electronic Filing)